**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FUTS AUTO BODY REPAIR, LLC**    **CIVIL ACTION NO. 2:20-cv-00376**

**VERSUS**    **JUDGE: BARRY W. ASHE**

**SCOTTSDALE INSURANCE**    **MAGISTRATE JUDGE:**
**COMPANY AND NATIONWIDE**    **DANA M. DOUGLAS**
**INSURANCE COMPANY**

**JOINT MOTION TO DISMISS WITH PREJUDICE**

On joint motion of plaintiff, Futs Auto Body Repair, LLC ("Plaintiff") and defendant, Scottsdale Insurance Company ("Defendant"), appearing herein through undersigned counsel, and, upon suggesting to this Honorable Court that the claims and demands presented herein by Plaintiff against Defendant have been amicably settled and compromised, movers desire a dismissal of all of Plaintiff's claims against Defendant, with prejudice, with each party to bear its own costs.

Respectfully submitted,

s/Jerome J. Pellerin_____       s/Mark E. Hanna_____
JEROME J. PELLERIN (#17339)            MARK E. HANNA (#19336)
9024 Belfast Street                    TREVOR M. CUTAIAR (#33082)
New Orleans, LA 70118                  JOSEPH S. TRYTTEN (#38921)
Telephone:   (504) 261-5839            MOULEDOUX, BLAND, LEGRAND &
Facsimile:   (504) 322-3285                    BRACKETT, LLC
Email:       jdy@chehardy.com          701 Poydras Street, Suite 600
                                       New Orleans, Louisiana 70139
*Attorney for Futs Auto Body Repair, LLC*    Telephone:   (504) 595-3000
                                       Facsimile:   (504) 522-2121
                                       Email:       mhanna@mblb.com
                                                    tcutaiar@mblb.com
                                                    jtrytten@mblb.com

                                       *Attorneys   for   Scottsdale   Insurance*
                                       *Company*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

s/Mark E. Hanna