**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FUTS AUTO BODY REPAIR, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-376** |
| **SCOTTSDALE INSURANCE COMPANY AND NATIONWIDE INSURANCE COMPANY** | **SECTION M (3)** |

<u>**ORDER OF DISMISSAL**</u>

Considering the joint motion to dismiss with prejudice (R. Doc. 31),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is granted and Futs Auto Body Repair, LLC's claims against Defendant, Scottsdale Insurance Company, are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 21st of April, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE